**ODELL v. SANFORD, Warden.**

No. 10211.

Circuit Court of Appeals, Fifth Circuit.

June 5, 1942.

Henry Charles O'Dell, in pro. per., for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON and HOLMES, Circuit Judges, and STRUM, District Judge.

PER CURIAM.

It appearing that since the appeal was lodged here, defendant has been discharged from custody, the appeal is dismissed as moot.

Appeal dismissed.

**BYRNES v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7748.

Circuit Court of Appeals, Third Circuit.

Submitted March 4, 1942.

Decided April 27, 1942.

Thomas Watson, of Pittsburgh, Pa., for petitioner.

Bernard Chertcoff, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and J. Louis Monarch and Benjamin M. Brodsky, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before CLARK, JONES, and THOMPSON, Circuit Judges.

PER CURIAM.

In his petition for review the taxpayer raises two questions, (1) as to his right to a deduction for expenses, incurred in 1935 and 1936, which he claims were ordinary and necessary in carrying on his trade or business, and (2) his right to a deduction for loss on stock which he asserts was determined by the dissolution of the issuing corporation in 1936. Upon sufficient evidence, the Board of Tax Appeals found the facts as to both matters against the petitioner and applied thereto the pertinent law. We have no reason either to interfere with the Board's findings or to disapprove of its application of the law to the facts found.

The decision of the Board of Tax Appeals is, therefore, affirmed.

CLARK, Circuit Judge, took no part in the decision of this case.